AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STEVEN DARBY MCDONALD

        Plaintiff,

        v.

JAMES EDWARDS, F. JOHN SMITH, G. PIERCE, SCOTT FRAKES and K RAINER,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-5034-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's construed motion to voluntarily dismiss his complaint, ECF No. 7, is GRANTED.

April 8, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia